**Motion Granted; Order filed December 15, 2020.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00564-CV**
_____

**PAUL E. NUNU, Appellant**

**V.**

**NANCY  NUNU RISK AND CHARLES L. NUNU, Appellee**

---

**On Appeal from the Probate Court No. 2**
**Harris County, Texas**
**Trial Court Cause No. 416781**

---

## ORDER

On November 13, 2020, appellees filed a motion to strike pleadings filed by appellant in the underlying probate court during a statutory stay of the proceedings below. This case was stayed, and remains stayed, in the probate court, pursuant to section 51.014 (b) of the Civil Practice and Remedies Code. *See* Tex. Civ. Prac. & Rem. Code § 51.014(b) (staying all proceeding in the trial court until resolution of interlocutory appeal). Without lifting the stay, we order Harris County Probate Court Number 2 to strike the pleadings filed by appellant during the stay and to further enforce the stay by refusing to accept filings from either party in this matter until this appeal is resolved.

PER CURIAM

Panel Consists of Justices Christopher, Jewell, and Zimmerer.